MARY A. DALY, complainant-respondent,

*v.*

RIPLEY WATSON, defendant-appellant,

[Submitted October term, 1936. Decided January 26th, 1937.]

*Messrs. Herr & Kaufmann* (*Mr. Dougal Herr, Mr. William A. Kaufmann* and *Mr. Emerson A. Tschupp*), for the defendant-appellant.

*Mr. I. Edward Herrmann* and *Mr. Ralph W. Emerson,* for the complainant-respondent.

PER CURIAM.

We have examined the proofs in this case, and they abundantly support the conclusions of the learned vice-chancellor. The decree will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 14.

*For reversal*—None.